CITY OF PECULIAR, Respondent.

v.

Gary **ROTHLISBERGER**, Appellant.

**No. WD 69692.**

Missouri Court of Appeals,
Western District.

May 19, 2009.

David S. Rauzi, for Appellant.

Judd L. Herbster, for Respondent.

Before Division Two: THOMAS H.
NEWTON, C.J., JAMES M. SMART, JR.,
Judge and VICTOR C. HOWARD, Judge.

***ORDER***

PER CURIAM:

Gary Rothlisberger appeals the judgment of the trial court dismissing his application for trial de novo as untimely. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).